AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations                    Sheet 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LAMONT HOLLY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)

Case Number: 8:26-cr-21-KKM-AAS
USM Number: 19103-509
Defendant's Attorney: Ryan Maguire, AFPD

The February 10, 2026, superseding petition (Doc. 16) alleges six violations. Violation One is dismissed by the United States. The defendant admits to violations Two through Six and is adjudicated guilty of these violations.

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Two | New criminal conduct, Resisting Officer Without Violence | January 13, 2026 |
| Three | New criminal conduct, Reckless Driving | January 13, 2026 |
| Four | New criminal conduct, Driving with License Suspended/Cancelled/Revoked | January 13, 2026 |
| Five | New conviction for conduct, Driving Under the Influence — Unlawful Blood Alcohol with Property Damage or Injury | November 13, 2024 |
| Six | Positive urinalysis for marijuana | July 31, 2024 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations      Sheet 1 (continued)

DEFENDANT: LAMONT HOLLY      Judgment - Page 2 of 4
CASE NUMBER: 8:26-cr-21-KKM-AAS

It is ordered that the defendant must notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____March 18, 2026_____
Date of Imposition of Sentence


DANIEL L. HOVLAND
UNITED STATES DISTRICT JUDGE

_____March 18, 2026_____
Date

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Gretchen OBrien

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations                                    Sheet 2 — Imprisonment

DEFENDANT: LAMONT HOLLY                                              Judgment - Page 3 of 4
CASE NUMBER: 8:26-cr-21-KKM-AAS

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for **seven months**.

   __X__   The Court recommends confinement at FCI Miami, Florida.

   __X__   The defendant is remanded to the custody of the United States Marshal.

   ____   The defendant shall surrender to the United States Marshal for this district:

      ____ at_____a.m.     p.m.     on _____.

      ____ as notified by the United States Marshal.

   ____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ____ before 2 p.m. on_____.

      ____ as notified by the United States Marshal.

      ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on___4-16-26___to___Corn_____at ___Coleman, FL_____with a certified copy of this judgment.

_____B. Lott, warden_____

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations                    Sheet 3 — Supervised Release

DEFENDANT: LAMONT HOLLY                                    Judgment - Page 4 of 4
CASE NUMBER: 8:26-cr-21-KKM-AAS

## SUPERVISED RELEASE

No new term imposed